CAFÉ CENTRAL v. READON.

(Supreme Court, Appellate Term. November 18, 1903.)

1. EXECUTION—EVIDENCE—OWNERSHIP OF PROPERTY.

　　On an issue as to the ownership of liquor taken under execution, it was proper to admit in evidence mortgages given thereon by one claimed to be the owner, his affidavit attached to one of them, and his application on a liquor tax certificate.

Appeal from Municipal Court, Borough of Manhattan, Fourth District.

Action by the Café Central against John H. Readon. From a judgment in favor of defendant, plaintiff appeals. Affirmed.

Argued before FREEDMAN, P. J., and BISCHOFF, and BLANCHARD, JJ.

Herbert J. Hindes, for appellant.

Marcus Helfand, for respondent.

BLANCHARD, J. We are of the opinion that the evidence in the case shows that Friedman, the judgment debtor, owned the liquor that was levied upon and sold by the defendant as marshal. We do not think the court below erred in admitting in evidence the mortgages, Friedman's affidavit attached to one of them, and his application on a liquor tax certificate; and the plaintiff's exceptions thereto are not well taken. Judgment must be affirmed, with costs. All concur.